Eastern District of Kentucky
**F I L E D**
OCT - 4 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

UNITED STATES OF AMERICA

CASE NO. 18-8469-BER

V.

INDICTMENT NO. 6:18-CR-50-GFVT

21 U.S.C. § 846

STEPHEN W. USHERY, JR.,
    aka VITO,
SONIE MEATCHEM, JR.,
KIMBERLY ANN SWEETEN,
DIANA CHIREE SULLIVAN,
SAMANTHA POYNTER, and
TYLER HARGIS

FILED BY __TM__ Deputy Clerk
Nov 2, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about a day in August 2015, the exact date unknown, and continuing through on or about September 13, 2018, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

    STEPHEN W. USHERY, JR.,
        aka VITO,
    SONIE MEATCHEM, JR.,
    KIMBERLY ANN SWEETEN,
    DIANA CHIREE SULLIVAN,
    SAMANTHA POYNTER, and
    TYLER HARGIS

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. 841(a)(1), all in violation of 21 U.S.C. § 846.

As to Defendant **STEPHEN W. USHERY, JR., aka VITO,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. §841(b)(1)(A)(i).

As to Defendants **SONIE MEATCHEM, JR., KIMBERLY ANN SWEETEN, DIANA CHIREE SULLIVAN, SAMANTHA POYNTER,** and **TYLER HARGIS,** the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 100 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(B)(i).

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853

In committing the offense alleged in this Indictment, the same being punishable by imprisonment for more than one year, the defendants used and intended to use the below-described property to commit and to facilitate the commission of said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 846 and 841(a)(1), including, but not limited to the following:

**CURRENCY:**
1. $3,620.00 in United States Currency seized from Sonie Meatchem, Jr. on March 30, 2018 and

2. $5,154.00 in United States Currency United States currency seized from Stephen W. Ushery, Jr. and Kimberly Ann Sweeten on September 13, 2018.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **STEPHEN W. USHERY, JR., aka VITO, SONIE MEATCHEM, JR., and KIMBERLY SWEETEN** have in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

**A TRUE BILL**

*[signature]*

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**For 1 kilogram or more of heroin:**
Not less than 10 years imprisonment nor more than life imprisonment, not more than a $10,000,000 fine, and at least than 5 years supervised release.

### *If the Defendant has a prior felony drug conviction:*
Not less than 20 years imprisonment nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**For 100 grams or more of heroin:**
Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### *If the Defendant has a prior felony drug conviction:*
Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.